Certificate Number: 17082-FLS-DE-032267420

Bankruptcy Case Number: 19-10879



17082-FLS-DE-032267420

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 7, 2019, at 9:48 o'clock PM MST, ROSALINA DELGADO completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Southern District of Florida.

Date:   February 7, 2019    By:    /s/Orsolya K Lazar

Name:  Orsolya K Lazar

Title:   Executive Director