

**ORDERED in the Southern District of Florida on June 3, 2019.**

_A. Jay Cristol_
**A. Jay Cristol, Judge
United States Bankruptcy Court**

___

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: Rosalina Delgado                              Case No. 19-10879-AJC

                                                     Chapter 13

_____Debtor(s)___/

**ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM OF JPMORGAN CHASE BANK, N.A.**

      This matter having been considered without hearing upon the Debtor's Objection to Claim[s] of JPMorgan Chase Bank, N.A .[DE #__41__], and the objector by submitting this form order having represented that the objection was served on the parties listed below, that the 30-day response time provided by Local Rule 3007-1(D) has expired, that no one listed below has filed, or served on the objector, a response to the objection, and that the relief to be granted in this order is the identical relief requested in the objection, and this court having considered the basis for the objection to the claim, it is

**ORDERED** that Debtor's objection to the following claim is sustained:

| Claim holder | Claim No. |
|---|---|
| JPMorgan Chase Bank, N.A. | 10 |

Disposition: The claim is allowed as filed with no distribution from the chapter 13 Trustee.

**###**

**Submitted by:**
**Robert Sanchez, P.A.,**
**355 W 49 ST,**
**Hialeah, FL 33012**
**(305) 687-8008**

Robert Sanchez, P.A shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).