**UNITED STATES BANKRUPTCY COURT**
**Southern District of Florida (Miami)**

| | |
|---|---|
| IN RE: | Case No.: 19-10879 |
| Debtors: Rosalina Delgado | Loan Number (Last 4): 6128 |

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Select Portfolio Servicing, Inc. | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| | Bankruptcy Department |
| Name of Transferee | Name of Transferor |
| 3217 S. Decker Lake Dr. | Court Claim # (if known): 16 |
| Salt Lake City, UT 84115 | Amount of Claim: $149,484.48 |
| | Date Claim Filed: 03/28/2019 |
| Phone: 866-247-1722 | Last Four Digits of Acct #: 8235 |
| Last Four Digits of Acct #: 6128 | |

Name and Address where transferee payments should be sent (if different from above):

PO Box 65450
Salt Lake City, UT 84165

Phone: 866-247-1722
Last Four Digits of Acct #: 6128

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Michelle Enoch                Date: 10/25/2019
Bankruptcy Supervisor
(Approved by: Dilan Foutz)

Specific Contact Information:
P: 800-258-8602

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

486174-a5fd0fa4-adf1-4788-9585-01c559fd5859